In the Matter of ASSOCIATION FOR COMMUNITY LIVING, INC., et al., Appellants, v NEW YORK STATE OFFICE OF MENTAL HEALTH et al., Respondents.

Decided June 5, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

AYINDE FAIR, Appellant, v JOSEPH T. SMITH, Individually and as Superintendent of Shawangunk Correctional Facility, et al., Respondents.

Decided June 5, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

PETER GONZALEZ et al., Appellants, v L'OREAL USA, INC., Respondent.

Submitted April 9, 2012; decided June 5, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.